# United States Court of Appeals
## For the First Circuit

No. 13-1651

MORCOS H. HANNA, et al.,

Plaintiffs, Appellants,

v.

BAC HOME LOANS SERVICING, LP, et al.,

Defendants-Appellees.

**JUDGMENT**

Entered: August 24, 2015

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows:  The decision of the district court is affirmed.


By the Court:

/s/ Margaret Carter, Clerk


cc:  Keven Alexander McKenna, Todd Steven Dion, James W. McGarry, Thomas H. Good, Lawrence M. Kraus, Geoffrey M. Raux, Amy Cashore Mariani, Debra Lee Bogo-Ernst, Steven Edward Rich, Dean J. Wagner, Morgan T. Nickerson, Jeffrey S. Patterson, Peter Obstler, Jeffrey W Moss, Kurt William Rademacher