# United States Court of Appeals
## For the First Circuit

No. 13-1651

MORCOS H. HANNA; SUZAN H. ANDRAUS; JIMMY NUON; KARINA PRAK; VANNA PHONG; CLIFFORD J. WILSON; OUN EM; CHANRANY EM; RUTH FRANCIS; PAUL FRANCIS; VIRAK P. KIMKHNAL; TINA SROUY; DEAK BUTH; SORCHOEUN CHEA; NICOLAS R. GONZALEZ, JR.; NICOLAS R. GONZALEZ; NORIS GONZALEZ; NIDIA GONZALEZ; MALEN PIN; LIM IN; SARINH SON,

Plaintiffs - Appellants,

v.

BAC HOME LOANS SERVICING, LP; COUNTRYWIDE HOME LOANS, INC.; BANK OF AMERICA, N.A.; FEDERAL HOME LOAN MORTGAGE CORPORATION; FEDERAL NATIONAL MORTGAGE ASSOCIATION; COUNTRYWIDE FINANCIAL CORPORATION; URBAN LENDING SOLUTIONS; AMERICAN HOME MORTGAGE SERVICING, INC.; CITIMORTGAGE, INC.; NEW YORK MORTGAGE COMPANY, LLC; CARRINGTON MORTGAGE SERVICES, LLC; WELLS FARGO BANK, N.A.; AMERICA'S SERVICING COMPANY; HSBC MORTGAGE SERVICES, INC.; JP MORGAN CHASE BANK, N.A.; SOLACE FINANCIAL, LLC; U.S. BANK HOME MORTGAGE; HSBC BANK USA, NA; US BANK NA; DEUTSCHE BANK NATIONAL TRUST COMPANY,

Defendants - Appellees.

**MANDATE**

Entered: September 15, 2015

    In accordance with the judgment of August 24, 2015, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

/s/ Margaret Carter, Clerk


cc: Debra Lee Bogo-Ernst, Todd Steven Dion, Thomas H. Good, Lawrence M. Kraus, Amy Cashore Mariani, James W. McGarry, Keven Alexander McKenna, Jeffrey W Moss, Morgan T. Nickerson. Peter Obstler. Jeffrey S. Patterson. Kurt William Rademacher. Geoffrey M. Raux, Steven Edward Rich, Dean J. Wagner